# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-09-00683-CV

**In re R. Wayne Johnson**

## ORIGINAL PROCEEDING FROM TRAVIS COUNTY

## M E M O R A N D U M   O P I N I O N

Relator R. Wayne Johnson seeks to compel the trial court to rule on his motion to disqualify opposing counsel. Johnson has not provided us with a record to establish that he ever presented such a motion to the trial court. A trial court has a ministerial duty to consider and rule on motions properly filed and pending before it within a reasonable time. *See In re Layton*, 257 S.W.3d 794, 795 (Tex. App.—Amarillo 2008, no pet.). However, in order to obtain mandamus relief compelling the trial court to act on a motion, a relator must show that a motion was actually presented to the trial court's attention or presented for a ruling. *See id.*; *Barnes v. State*, 832 S.W.2d 424, 426 (Tex. App.—Houston [1st. Dist.] 1992, no pet.). Because Johnson has not provided a record supporting his claim to mandamus relief, the petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Diane M. Henson, Justice

Before Chief Justice Jones, Justices Waldrop and Henson

Filed: December 16, 2009